**KAISER SAURBORN & MAIR, P.C.**
COUNSELORS AT LAW

NEW JERSEY OFFICE
3163 KENNEDY BOULEVARD
JERSEY CITY, NJ 07306
TEL: (201) 363-4000
FAX: (201) 798-4627

20 EXCHANGE PLACE
NEW YORK, NEW YORK 10005
TEL: (212) 338-9100
FAX: (212) 338-9088

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/27/07

FEB 23 2007

February 23, 2007

**BY FAX**
Hon. John G. Koeltl, U.S.D.J.
United States District Court for the
Southern District of New York
500 Pearl Street, Room 1030
New York, New York 10007-1312

# MEMO ENDORSED

Re: Ira Sanders, M.D. v. The Mount Sinai School of Medicine et al.
    03 Civ 7937

Dear Judge Koeltl:

We represent the plaintiffs in the above-referenced action. Following notification by the parties that they had reached a settlement in principle of this action, by order dated January 9, 2007 the Court dismissed this action subject to the plaintiffs' right to apply by letter within 45 days for restoration of the action to the Court's calendar if the settlement had not been consummated.

Since prior to entry of the Court's order the parties have been negotiating a very complex settlement agreement together with a detailed license agreement for the patent rights at issue in this action. Although the parties have now agreed to most of the terms of both documents there remain several issues upon which the parties have been unable to agree. However, the parties have not yet reached a final impasse and therefore jointly request a six-day extension of the deadline for reinstatement of this action until March 1, 2007 to determine whether these issues can be resolved.

In the event the Court declines to grant the requested extension, this letter constitutes the plaintiffs' request that the action be reinstated to the Court's calendar.

We would like to thank the Court for the consideration it has granted the parties as they have tried to conclude a final settlement in this matter.

Respectfully submitted,

David N. Mair

cc: Lloyd B. Chinn, Esq. (by fax)
    Walter Scott, Esq. (by fax)

APPLICATION GRANTED.
SO ORDERED.

/s/ John G. Koeltl  2/26/07
USDJ Part I

TOTAL P.02