

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/6/07
```

MAR 5 - 2007

March 5, 2007

**BY FAX**
Hon. John G. Koeltl, U.S.D.J.
United States District Court for the
Southern District of New York
500 Pearl Street, Room 1030
New York, New York 10007-1312

    Re: Ira Sanders, M.D. v. The Mount Sinai School of Medicine et al.
        03 Civ 7937

Dear Judge Koeltl:

    We represent the plaintiffs in the above-referenced action. I write to advise the Court of the current status of the parties' efforts to conclude a settlement of this action and to request a further brief extension of the deadline within which to do so.

    When I wrote to advise the Court last Thursday that the parties had substantially narrowed their differences on the remaining issues I was relying upon a draft of the parties' license agreement that had been sent to me that afternoon by Mount Sinai's counsel. However, Mount Sinai's counsel advised me this morning that it had just discovered that the draft sent to me last Thursday was sent in error and in fact was an internal draft that Mount Sinai claims was subject to the attorney-client privilege. While the parties have made progress on one issue, and have had further discussions today, it is now apparent that two significant issues that separated the parties prior to last Thursday still remain.

    Accordingly, the parties jointly request a three-day extension of the deadline for reinstatement of this action until March 8, 2007.

    In the event the Court declines to grant the requested extension, this letter constitutes the plaintiffs' request that the action be reinstated to the Court's calendar. We would once again like to thank the Court for the consideration it has granted the

APPLICATION GRANTED
SO ORDERED

3/5/07

John G. Koeltl, U.S.D.J.

Hon. John G. Koeltl, U.S.D.J.
Re: Sanders v. Mount Sinai
March 5, 2007
Page -2-

parties as we have worked to conclude a final settlement in this matter.

Respectfully submitted,

David N. Mair

cc: Lloyd B. Chinn, Esq. (by fax)
Walter Scott, Esq. (by fax)