PROSKAUER ROSE LLP
Lloyd B. Chinn (LC-7953)
1585 Broadway
New York, New York 10036
(212) 969-3000



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------ x

IRA SANDERS, M.D., and CHRISTOPHER :
SHAARI, M.D.,
                     Plaintiffs,   :         03 cv. 7937 (JGK)

           v.                 :      **STIPULATION AND ORDER OF**
                                            **DISMISSAL WITH PREJUDICE**
THE MOUNT SINAI SCHOOL OF MEDICINE, :
THE MOUNT SINAI HOSPITAL and THE
MOUNT SINAI MEDICAL CENTER,        :

                     Defendants.
------------------------------ x

       IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, attorneys for the parties to the above-captioned action, that this action be, and it hereby is, dismissed with prejudice and without an award of costs, disbursements, attorneys' fees or interest to any party.

APRIL 4
Dated: ~~March~~ ___, 2007
New York, New York

| PROSKAUER ROSE LLP | KAISER SAURBORN & MAIR, P.C. |
|---|---|
| By: _____ | By: _____ |
| Lloyd B. Chinn (LC-7953) | David N. Mair (DM-8883) |
| 1585 Broadway | 20 Exchange Place |
| New York, New York 10036 | New York, New York 10005 |
| (212) 969-3000 | (212) 338-9100 |
| Attorneys for Defendant | Attorneys for Plaintiffs |

4/6/07
So Ordered
/s/ J. Koeltl